```
            UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT CHARLESTON
```

**JAMES WILLIAM RAY BLEVINS,**

      Plaintiff,

v.                                           Civil Action No. 2:14-1572

**CAROLYN W. COLVIN,**
Acting Commissioner of
Social Security,

      Defendant.


<u>ORDER</u>

The court has received the Proposed Findings and Recommendation ("PF&R") of United States Magistrate Cheryl A. Eifert, entered on January 29, 2015. The magistrate judge recommends that the court affirm the final decision of the commissioner and dismiss this matter from the court's docket. Objections to the PF&R were due by February 17, 2015. That deadline was extended until February 24, 2015 at the plaintiff's request. No objection to the PF&R has been filed. Accordingly, it is ORDERED that:

    1.    The findings made in the Proposed Findings and Recommendation of the magistrate judge be, and hereby are, adopted by the court and incorporated herein;

    2.    The plaintiff's motion for judgment on the pleadings be,

        **and hereby is, denied;**

3. **The commissioner's motion for judgment on the pleadings be, and hereby is, granted; and**

4. **The decision of the Commissioner be, and hereby is, affirmed.**

The Clerk is directed to forward copies of this written opinion and order to all counsel of record and the United States Magistrate Judge.

                              DATED: March 3, 2015

                              */s/ John T. Copenhaver*
                              John T. Copenhaver, Jr.
                              United States District Judge